UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

HILLARY ANN BECKNELL,                )    3:17-cv-00279-HDM-VPC
                                     )
            Plaintiff,               )
                                     )    ORDER
vs.                                  )
                                     )
NANCY A. BERRYHILL, Acting           )
Commissioner of Social Security,     )
                                     )
            Defendant.               )
_____)

Plaintiff has filed a motion for remand of the defendant's denial of her claim for social security disability benefits (ECF No. 12). The defendant has filed a cross-motion for summary judgment (ECF No. 14) and plaintiff has filed a reply (ECF No. 15) to defendant's cross-motion. On February 14, 2018, the magistrate judge issued her report and recommendation recommending that the court deny the plaintiff's motion and grant the defendant's cross-motion (ECF No. 16). No objections to the report and recommendation have been filed, and the time for doing so has expired.

The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review

and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby ADOPTS AND ACCEPTS the report and recommendation of the United States Magistrate Judge (ECF No. 16).

Accordingly, the plaintiff's motion to remand (ECF No. 12) is DENIED, and the defendant's cross-motion for summary judgment (ECF No. 14) is GRANTED. The clerk of the court is directed to enter judgment accordingly.

IT IS SO ORDERED.

DATED: This 20th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE